# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RODENHOUSE BODY SHOP, INC., et al.,

      Plaintiffs,

v.                                                                          Case No: 6:14-cv-6007-Orl-31TBS
                                                       (Michigan, Western District)

                                               MDL: 6:14-md-2557-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

      Defendants.

_____

## ORDER

In accordance with this Court's Opinion and Order in 6:14-md-2557, Doc. 222, it is

**ORDERED** that:

1.  Plaintiffs' Omnibus Objection (Doc. 45) to the Magistrate Judge's Report and Recommendation (Doc. 41) is **OVERRULED**; and

2.  The Joint Motion to Dismiss the Complaint (Doc. 36) is **GRANTED**; and

3.  The Complaint (Doc. 1) is **DISMISSED** without prejudice, except for Quasi-Estoppel (Count IV), which is **DISMISSED** with prejudice.

4.  Plaintiffs may file an amended complaint by September 8, 2015.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 17, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party